JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 12 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1456

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-21)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 35 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>MAY 31 2005<br><br>CLERK'S OFFICE<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*Michael J. Beck*<br>Michael J. Beck<br>Clerk of the Panel |
|---|---|

# SCHEDULE CTO-21 - TAG-ALONG ACTIONS
## DOCKET NO. 1456
## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK NORTHERN** | |
| NYN 1 05-408 | The County of Washington v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-422 | County of Rensselaer v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-425 | County of Albany v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-468 | County of Warren v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-474 | County of Greene v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-478 | County of Saratoga v. Abbott Laboratories, Inc., et al. |
| NYN 3 05-354 | County of Chenango v. Abbott Laboratories, Inc., et al. |
| NYN 3 05-456 | The County of Broome v. Abbott Laboratories, Inc., et al. |
| NYN 5 05-397 | County of Tompkins v. Abbott Laboratories, Inc., et al. |
| NYN 5 05-423 | County of Cayuga v. Abbott Laboratories, Inc., et al. |
| NYN 6 05-415 | County of Herkimer, New York v. Abbott Laboratories, Inc., et al. |
| NYN 6 05-489 | County of Oneida v. Abbott Laboratories, Inc., et al. |
| NYN 7 05-479 | County of Saint Lawrence v. Abbott Laboratories, Inc., et al. |
| **NEW YORK WESTERN** | |
| NYW 1 05-214 | County of Chautauqua v. Abbott of Laboratories, Inc., et al. |
| NYW 1 05-236 | County of Allegany v. Abbott Laboratories, Inc., et al. |
| NYW 1 05-256 | County of Cattaraugus v. Abbott Laboratories, Inc., et al. |
| ~~NYW 1 05-259~~ | ~~County of Erie v. Abbott Laboratories, Inc., et al.~~ Opposed 5/24/05 |
| NYW 6 05-6138 | County of Wayne v. Abbott Laboratories, et al. |
| NYW 6 05-6148 | County of Monroe v. Abbott Laboratories, Inc., et al. |
| NYW 6 05-6172 | County of Yates v. Abbott Laboratories, Inc., et al. |

CLOSED_2005

# U.S. DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK [LIVE] (Buffalo)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00236-MAT

| | |
|---|---|
| The County of Allegany v. Abbott Laboratories, Inc. et al<br>Assigned to: Hon. Michael A. Telesca<br>Cause: 42:1396 - Tort Negligence | Date Filed: 04/06/2005<br>Jury Demand: Plaintiff<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**Plaintiff**

**The County of Allegany**      represented by   **Aaron D. Hovan**
Kirby McInerney & Squire, LLP
830 Third Avenue
Suite 10
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
Kirby McInerney & Squire, LLP
830 Third Avenue
Suite 10
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**
Kirby McInerney & Squire, LLP
830 Third Avenue
New York, NY 10022
(212) 371-6600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Abbott Laboratories, Inc.

**Defendant**

Alcon Laboratories, Inc.

**Defendant**

Allergan, Inc.

**Defendant**

Alpharma, Inc.

**Defendant**

Purepac Pharmaceutical Co.

**Defendant**

Amgen, Inc.

**Defendant**

Immunex Corporation

**Defendant**

Andrx Corporation

**Defendant**

AstraZeneca Pharmaceuticals L.P.

**Defendant**

Aventis Pharmaceuticals, Inc.

**Defendant**

Dermik Laboratories, Inc.

**Defendant**

Barr Laboratories, Inc.

**Defendant**

Baxter Healthcare Corporation

**Defendant**

Baxter International, Inc.

**Defendant**

Bayer Corporation

**Defendant**

Berlex Laboratories, Inc.

**Defendant**

Biogen Idec, Inc.

**Defendant**

Biovail Pharmaceuticals, Inc.

**Defendant**

Bristol-Myers Squibb Company

**Defendant**

Oncology Therapeutics Network Corp.

**Defendant**

Ben Venue Laboratories, Inc.

**Defendant**

Boehringer Ingelheim Corporation

**Defendant**

Boehringer Ingelheim Pharmaceuticals, Inc.

**Defendant**

Roxane Laboratories, Inc.

**Defendant**

Dey Inc.

**Defendant**

Eisai Inc.

**Defendant**

Eli Lilly and Company

**Defendant**

Endo Pharmaceuticals Inc.

**Defendant**

Ethex Corporation

**Defendant**

Forest Laboratories, Inc.

**Defendant**

Forest Pharmaceuticals, Inc.

**Defendant**

Fujisawa Healthcare, Inc.

**Defendant**

Fujisawa USA, Inc.

**Defendant**

Genentech, Inc.

**Defendant**

Genzyme Corporation

**Defendant**

Gilead Sciences, Inc.

**Defendant**

Glaxosmithkline PLC

**Defendant**

SmithKline Beecham Corporation
*doing business as*
Glaxosmithkline

**Defendant**

Hoffman-La Roche, Inc.

**Defendant**

Roche Laboratories, Inc.

**Defendant**

Ivax Corporation

**Defendant**

Ivax Pharmaceuticals Inc.

**Defendant**

Janssen Pharmaceutica Products, LP

**Defendant**

Johnson & Johnson

**Defendant**

McNeil-PPC, Inc.

**Defendant**

Ortho Biotech Products, LP

**Defendant**

Ortho-McNeil Pharmaceutical, Inc.

**Defendant**

King Pharmaceuticals, Inc.

**Defendant**

Monarch Pharmaceuticals, Inc.

**Defendant**

MedImmune, Inc.

**Defendant**

Merck & Co., Inc.

**Defendant**

Mylan Laboratories, Inc.

**Defendant**

Mylan Pharmaceuticals, Inc.

**Defendant**

UDL Laboratories, Inc.

**Defendant**

Novo Nordisk Pharmaceuticals, Inc.

**Defendant**

Novartis Pharmaceuticals Corporation

**Defendant**

Sandoz, Inc.

**Defendant**

Organon Pharmaceuticals USA, Inc.

**Defendant**

Par Pharmaceutical, Inc.

**Defendant**

Agouron Pharmaceuticals, Inc.

**Defendant**
Greenstone, LTD

**Defendant**
Pfizer, Inc.

**Defendant**
Pharmacia Corporation

**Defendant**
Purdue Pharma, L.P.

**Defendant**
Reliant Pharmaceuticals, LLC

**Defendant**
Sanofi-Synthelabo, Inc.

**Defendant**
Schering-Plough Corp.

**Defendant**
Schering Corporation

**Defendant**
Warrick Pharmaceuticals
Corporation

**Defendant**
Serono, Inc.

**Defendant**
Takeda Pharmaceuticals North
America, Inc.

**Defendant**
Tap Pharmaceutical Products, Inc.

**Defendant**
Teva Pharmaceutical USA, Inc.

**Defendant**
UCB Pharma, Inc.

**Defendant**

**Watson Pharma, Inc.**

**Defendant**

**Watson Pharmaceuticals, Inc.**

**Defendant**

**Wyeth**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2005 | 1 | COMPLAINT against Purepac Pharmaceutical Co., Amgen, Inc., Immunex Corporation, Andrx Corporation, AstraZeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Dermik Laboratories, Inc., Barr Laboratories, Inc., Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corporation, Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Bristol-Myers Squibb Company, Oncology Therapeutics Network Corp., Ben Venue Laboratories, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc., Dey Inc., Eisai Inc., Eli Lilly and Company, Endo Pharmaceuticals Inc., Ethex Corporation, Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corporation, Gilead Sciences, Inc., Glaxosmithkline PLC, SmithKline Beecham Corporation, Hoffman-La Roche, Inc., Roche Laboratories, Inc., Ivax Corporation, Ivax Pharmaceuticals Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, McNeil-PPC, Inc., Ortho Biotech Products, LP, Ortho-McNeil Pharmaceutical, Inc., King Pharmaceuticals, Inc., Monarch Pharmaceuticals, Inc., MedImmune, Inc., Merck & Co., Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., UDL Laboratories, Inc., Novo Nordisk Pharmaceuticals, Inc., Novartis Pharmaceuticals Corporation, Sandoz, Inc., Organon Pharmaceuticals USA, Inc., Par Pharmaceutical, Inc., Agouron Pharmaceuticals, Inc., Greenstone, LTD, Pfizer, Inc., Pharmacia Corporation, Abbott Laboratories, Inc., Purdue Pharma, L.P., Reliant Pharmaceuticals, LLC, Sanofi-Synthelabo, Inc., Schering-Plough Corp., Schering Corporation, Warrick Pharmaceuticals Corporation, Serono, Inc., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., Alcon Laboratories, Inc., UCB Pharma, Inc., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth, Allergan, Inc., Alpharma, Inc. ( Filing fee $ 250 receipt number 15842.), filed by The County of Allegany. (Attachments: # 1 exhibit A# 2 exhibit B# 3 exhibit C# 4 exhibit D# 5 exhibit E)(DZ, ) (Entered: 04/07/2005) |
| 04/06/2005 | | Summons Issued as to Purepac Pharmaceutical Co., Amgen, Inc., Immunex Corporation, Andrx Corporation, AstraZeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Dermik Laboratories, Inc., Barr |

| | | Laboratories, Inc., Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corporation, Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Bristol-Myers Squibb Company, Oncology Therapeutics Network Corp., Ben Venue Laboratories, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc., Dey Inc., Eisai Inc., Eli Lilly and Company, Endo Pharmaceuticals Inc., Ethex Corporation, Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corporation, Gilead Sciences, Inc., Glaxosmithkline PLC, SmithKline Beecham Corporation, Hoffman-La Roche, Inc., Roche Laboratories, Inc., Ivax Corporation, Ivax Pharmaceuticals Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, McNeil-PPC, Inc., Ortho Biotech Products, LP, Ortho-McNeil Pharmaceutical, Inc., King Pharmaceuticals, Inc., Monarch Pharmaceuticals, Inc., MedImmune, Inc., Merck & Co., Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., UDL Laboratories, Inc., Novo Nordisk Pharmaceuticals, Inc., Novartis Pharmaceuticals Corporation, Sandoz, Inc., Organon Pharmaceuticals USA, Inc., Par Pharmaceutical, Inc., Agouron Pharmaceuticals, Inc., Greenstone, LTD, Pfizer, Inc., Pharmacia Corporation, Abbott Laboratories, Inc., Purdue Pharma, L.P., Reliant Pharmaceuticals, LLC, Sanofi-Synthelabo, Inc., Schering-Plough Corp., Schering Corporation, Warrick Pharmaceuticals Corporation, Serono, Inc., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., Alcon Laboratories, Inc., UCB Pharma, Inc., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth, Allergan, Inc., Alpharma, Inc.. (DZ, ) (Entered: 04/07/2005) |
|---|---|---|
| 04/27/2005 | 2 | ORDER REASSIGNING CASE. Case reassigned to Judge Michael A. Telesca for all further proceedings. Judge Richard J. Arcara no longer assigned to case. Signed by Hon. Richard J. Arcara on 04/27/2005. (Baker, J.) (Entered: 04/27/2005) |
| 04/27/2005 | | REMARK: All future submissions in this action should reflect, and be filed in, the new case number 6:05-CV-6231. (DZ, ) (Entered: 05/09/2005) |
| 04/27/2005 | | Intradistrict Transfer to Rochester Division. All future submissions in this action should reflect, and be filed in, the new case number 6:05-CV-6231. (DZ, ) (Entered: 05/09/2005) |

### PACER Service Center

#### Transaction Receipt

06/07/2005 16:08:12

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|

| Description: | Docket Report | Search Criteria: | 1:05-cv-00236-MAT |
|---|---|---|---|
| Billable Pages: | 4 | Cost: | 0.32 |