UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION        CIVIL ACTION NO.
                                          01-12257-PBS
                                          MDL NO. 1456


## ORDER OF CONSOLIDATION


       Case number 05cv11194-PBS  is consolidated with civil action number 01-12257-PBS.  All future pleadings will be docketed in civil action number 01-12257-PBS which has been designated the Lead Case.


   /s/ Patti B. Saris
 Patti B. Saris
United States District Judge


Copies to:  All Counsel                   December 29, 2005